IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Allvoice Developments US, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-CV-366 (LED) |
| v. | § § § | |
| Microsoft Corp. | § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MICROSOFT'S MOTION TO TRANSFER TO THE WESTERN DISTRICT OF WASHINGTON

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time to Respond to Microsoft's Motion to Transfer to the Western District of Washington (dkt # 23), is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff have until and through January 13, 2010 to respond to Microsoft's Motion to Transfer to the Western District of Washington.

**So ORDERED and SIGNED this 31st day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**