IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALLVOICE DEVELOPMENTS US LLC | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:09-CV-366 |
| MICROSOFT CORPORATION | § § § | |
| Defendants | § § | |

# ORDER REFERRING PRETRIAL PROCEEDINGS
# TO MAGISTRATE JUDGE

The following styled and numbered cause is **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 4th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**