IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALLVOICE DEVELOPMENTS US, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:09cv366 |
| | § | |
| MICROSOFT CORP. | § | |

## ORDER

Comes now the Court and pursuant to the status conference held on January 4, 2010, orders that the following dates be incorporated into the Docket Control Order which is due by January 18, 2010:

| | |
|---|---|
| *Markman* | November 4, 2010 at 9:00 a.m. before Judge John D. Love; |
| Pre-Trial Conference | June 23, 2011 at 9:00 a.m. before Judge John D. Love; |
| Jury Selection | July 5, 2011 at 9:00 a.m. before Judge Leonard Davis; and |
| Jury Trial | July 11, 2011 at 9:00 a.m. before Judge Leonard Davis |

**So ORDERED and SIGNED this 6th day of January, 2010.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE