IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Allvoice Developments US, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-CV-366 (LED) |
| v. | § § | |
| Microsoft Corp. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## **PLAINTIFF'S NOTICE OF DISCLOSURE PURSUANT TO P.R. 3-1 AND 3-2**

Plaintiff hereby notifies the Court that it served its Disclosure of Asserted Claims and Infringement Contentions and accompanying document production pursuant to P.R. 3-1 and 3-2 of the Patent Rules for the Eastern District of Texas to counsel of record for Defendant on January 8, 2010.

Respectfully submitted,

*/s/ Chris P. Perque (with permission by Robert Christopher Bunt)*
**Chris P. Perque**
Lead Attorney
Texas Bar No. 24005828
cperque@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana St., Suite 3400
Houston, TX 77002-5011
Tel: (713) 276-5020
Fax: (713) 276-6020

**Karl L. Larson**
Texas Bar No. 24053600
klarson@gardere.com
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Tel: 214-999-3000
Fax: 214-999-4667

**Robert C. Bunt**
Texas Bar No. 00787165
rcbunt@pbatyler.com
**Charles Ainsworth**
Texas Bar No. 00783521
charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Tel: 903-531-3535
Fax: 903-533-9687

**S. Calvin Capshaw**
State Bar No. 03783900
ccapshaw@capshawlaw.com
**Elizabeth L. DeRieux**
State Bar No. 05770585
ederieux@capshawlaw.com
**D. Jeffrey Rambin**
State Bar No. 00791478
drambin@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787

**ATTORNEYS FOR PLAINTIFF**
**ALLVOICE DEVELOPMENTS US, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 8th day of January 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT