IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALLVOICE DEVELOPMENTS US, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:09-CV-366 LED |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § § § | |

## ORDER

On this day came on to be considered the parties' Agreed Motion for Extension of Time to Submit Proposed Docket Control Order and Discovery Order, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Extension of Time be granted and that the parties be given to and including January 22, 2010 to submit their agreed Docket Control and Discovery Orders.

**So ORDERED and SIGNED this 19th day of January, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE