IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Allvoice Developments US, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-CV-366 (LED) |
| v. | § § | |
| Microsoft Corp. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## ORDER

Came on for consideration the parties' Agreed Motion for Extension of Time to Submit Proposed Docket Control Order and Discovery Order, and the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Extension be granted and that the parties be given to and including January 29, 2010 to submit their agreed Docket Control and Discovery Orders.

**So ORDERED and SIGNED this 22nd day of January, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1