**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALL VOICE DEVELOPMENTS US, LLC,** | § | |
| | § | |
| **v.** | § | **NO. 6:09-cv-366** |
| | § | |
| **MICROSOFT CORPORATION.** | § | |

**ORDER ADOPTING MEMORANDUM
OPINION & ORDER OF THE MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order (Doc. No. 59) containing the Magistrate Judge's ruling on Defendant's motion to transfer venue (Doc. No. 23) has been presented for reconsideration.  Defendant Microsoft Corporation ("Defendant") has objected to the ruling and moved for reconsideration (Doc. No. 62).  Having considered Defendant's objections, the Court is of the opinion that the ruling of the Magistrate Judge is correct.  The Court hereby **ADOPTS** the Magistrate Judge's Memorandum Opinion and Order as the ruling of this Court.  Defendant's objections are **OVERRULED** and its motion for reconsideration is **DENIED**.

**So ORDERED and SIGNED this 24th day of May, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**