# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### MISC. NO. 944 – IN RE MICROSOFT CORP.

**Date of docketing:** 06/02/2010

A petition for writ of mandamus has been filed.

**Name of petitioner(s):** Microsoft Corporation

**Name of respondent(s), if known:** Allvoice Developments US, LLC

**Related action:** Eastern District of Texas 09-CV-0366

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 07 2010
DAVID J. MALAND, CLERK

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.

Jan Horbaly
Clerk


cc: Eastern District of Texas
    Chris P. Perque
    David J. Lender

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 944

IN RE MICROSOFT CORPORATION,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0366, Judge Leonard Davis.

Authorized Abbreviated Caption[2]

IN RE MICROSOFT CORP, MISC. NO. 944

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.